IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv663

| KAREN VUKELICH, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| Vs. | ) | ORDER |
| BELL PARTNERS, | ) |  |
| Defendants. | ) |  |

**THIS MATTER** is before the court on plaintiff's Motion to Strike Answer. After filing such motion, the defendant with the consent of plaintiff filed an amended answer, moots the Motion to Strike as the Amended Answer supplants the original answer. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Strike Answer (#8) is **DENIED** as moot.

Signed: March 27, 2012

Max O. Cogburn Jr.
United States District Judge

-1-