UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:11-CV-663-MOC-DCK

| | |
|---|---|
| KAREN M. VUKELICH, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>BELL PARTNERS, INC. )<br>)<br>DEFENDANT. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, M. Ann Anderson, filed a "Certification Of ADR Session" (Document No. 15) notifying the Court that the parties reached a settlement on June 13, 2012. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **July 13, 2012**.

Signed: June 18, 2012

David C. Keesler
United States Magistrate Judge